■

**Charles Edward RINGO, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Lyon Circuit Court; Stephen P. White, Jr., Judge.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Riley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

■

**James Wesley ILES, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Jefferson Circuit Court; John P. Hayes, Judge.

James Wesley Iles, pro se.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

■

**Michael A. LAND, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Daviess Circuit Court; Henry M. Griffin, Judge.

Michael A. Land, pro se.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

■

**Gail HEUCKER, Commissioner Department of Economic Security, Appellant,**

**v.**

**Earnest D. CANNADA, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from McCreary Circuit Court; Pleas Jones, Judge.

Paul E. Tierney, General Counsel, Forest Smith, Department of Economic Security, Frankfort, for appellant.

E. G. Bertram, Jr., Monticello, Homer W. Ramsey, Whitley City, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.